FILED IN OPEN COURT
U.S.D.C. Atlanta

FEB 1 6 2018

James N. Hatten, Clerk
By: Deputy Clerk

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EDWARD CULTON,

        Defendant.

CASE NO. 1:18-MJ-159

## ORDER  APPOINTING  COUNSEL

### REGINA CANNON (IA ONLY)

The above-named defendant has testified under oath or has filed with the Court

an affidavit of financial status and hereby satisfied this Court that he or she is financially

unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed

to represent this defendant in the above-captioned case unless relieved by an Order of

this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 16th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE