FILED IN OPEN COURT
U.S.D.C. Atlanta

FEB 2 0 2018

James N. Hatten, Clerk
By: Deputy Clerk

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>EDWARD CULTON,<br><br>Defendant. | CASE NO.<br>1:18-MJ-00159-1-JKL |

### ORDER APPOINTING COUNSEL

The Court finds the Defendant, the individual named below, having testified under oath or having otherwise satisfied this Court that he or she is financially unable to employ counsel, is indigent, and because the interest of justice so require;

IT IS ORDERED that Leigh Ann Webster is hereby appointed to represent Defendant Edward Culton.

This 20th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE