IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>EDWARD CULTON (2)<br><br>    Defendant. | CRIMINAL ACTION FILE NO.<br><br>1:18-CR-168-TCB-JKL-2 |

## **ORDER**

IT IS HEREBY ORDERED that a status conference be held before the undersigned in Courtroom 1834, 18th Floor, U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, Georgia, on **Monday, February 24, 2020 at 2:00 p.m.**

IT IS SO ORDERED this 18th day of February, 2020.

_____
JOHN K. LARKINS III
United States Magistrate Judge