IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| ) | |
| V. ) | 1: 18-cr-168-2-TCB-JKL |
| ) | |
| EDWARD CULTON ) | |
| ) | |

### NOTICE OF WITHDRAWAL OF DAUBERT MOTION
### AS IT RELATES TO DR. KAREN SULLIVAN

COMES NOW Edward Culton, by and through undersigned counsel, and files this Notice of Withdrawal of Daubert Motion As It Relates To Dr. Karen Sullivan. In support thereof, he shows the following:

Mr. Culton has filed a Motion for *Daubert* Hearing and Brief in Support, which sought to challenge at least two experts noticed by the defense—Dr. Stacey Hail and Dr. Karen Sullivan. (Doc. 93). Mr. Culton does not intend to proceed on that motion as it relates to Dr. Karen Sullivan, and, therefore, withdraws that motion in part. Mr. Culton does intend to proceed with the *Daubert* motion as it relates to Dr. Hail and the subsequent motion challenging the proposed testimony of Michael Lamb, (doc. 155).

WHEREFORE, Mr. Culton notifies this Court of the withdrawal of document 93 in so far as it relates to the testimony of Dr. Karen Sullivan.

Respectfully submitted this 28th day of May, 2021.

/s/ *Leigh Ann Webster*
Leigh Ann Webster
Ga. Bar No. 968087
Attorney for Edward Culton

STRICKLAND WEBSTER, LLC
830 Glenwood Ave SE
Suite 510-203
Atlanta, GA 30316
(404) 590-7967
law@stricklandwebster.com

/s/ *Saraliene S. Durrett*
Saraliene S. Durrett
GA Bar No. 837897
Attorney for Edward Culton

Saraliene Smith Durrett, LLC
1800 Peachtree St.
Suite 300
Atlanta, GA 30309
(404) 433-0855
ssd@defendingatl.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Motion was filed by uploading it with the Northern District of Georgia's Electronic Filing System which will automatically serve opposing counsel with the Motion.

Dated: This 28th day of March, 2021.

<u>/s/ *Leigh Ann Webster*</u>
Leigh Ann Webster
Ga. Bar No. 968087
Attorney for Edward Culton

STRICKLAND WEBSTER, LLC
830 Glenwood Ave SE
Suite 510-203
Atlanta, GA 30316
(404) 590-7967
law@stricklandwebster.com